

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-22-00363-CR

Anthony **SALINAS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CR10247
Honorable Stephanie R. Boyd, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED March 13, 2024.

_____
Patricia O. Alvarez, Justice